UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JACK HAMRA,                                                        Civil Action No.: 12 CV 4986

                                 Plaintiff,
         -against-

VALENTINE AND KEBARTAS, INC.,           **NOTICE OF VOLUNTARY**
                                                       **DISMISSAL PURSUANT**
                                                       **TO F.R.C.P. 41(a)(1)(A)(i)**

                                 Defendant.
-------------------------------------------------------------------X

        Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff JACK HAMRA by his counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant VALENTINE AND KEBARTAS, INC.

Dated: November 7, 2012
        Brooklyn, New York

For:     JACK HAMRA

By:    */s/ Alan J. Sasson*
Alan J. Sasson, Esq. (AS8452)
LAW OFFICE OF ALAN J. SASSON, P.C.
1669 East 12 Street, 2nd Floor
Brooklyn, New York 11229
Phone:     (718) 339-0856
Facsimile: (347) 244-7178


**SO ORDERED**

By:_____

Hon._____, USDJ